UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH S. ANCONA, JR.** | **CIVIL ACTION** |
| **VERSUS** | **No. 10-3618** |
| **JEFFERSON PARISH** | **SECTION I** |

## JUDGMENT

Considering the record, the Court's order granting defendant's motion for summary judgment, and the law, for the reasons assigned,

**IT IS ORDERED** that there be judgment in the above-captioned matter in favor of defendant, Jefferson Parish, and that plaintiff's substantive due process and Contracts Clause claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's federal takings claim is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's supplemental claims based upon state law are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, June 13th, 2011.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

1